UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-10062-CR-MOORE/SIMONTON

UNITED STATES OF AMERICA,   :

    Plaintiff,   :

vs.   :

MARIO RODRIGUEZ-MARTINEZ,:

    Defendant.   :
_____/

### ORDER GRANTING UNOPPOSED MOTION FOR PERMISSION TO CHANGE ADDRESS

THIS MATTER came before the Court upon the Defendant's Unopposed Motion for Permission to Change Address. After carefully considering the motion, it is

ORDERED AND ADJUDGED that the motion is hereby GRANTED.

The Defendant may change his address to the following:

    3370 SW 72d Ct.
    Miami, FL 33155
    305-266-1973

All other conditions of bond shall remain the same.

DONE AND ORDERED at Fort Lauderdale, Florida this 24th day of October, 2008.

    LURANA S. SNOW
    UNITED STATES MAGISTRATE JUDGE

cc:    Patrick M. Hunt, AFPD
    A. Cristina Soto, AUSA
    Andres G. Montero, Esquire
    Martin J. Beguiristain, Esquire